| | |
|---|---|
| 1 | Scott J. Ferrell, Bar No. 202091 |
| 2 | Scott R. Hatch, Bar No. 241563 |
| | CALL, JENSEN & FERRELL |
| 3 | A Professional Corporation |
| | 610 Newport Center Drive, Suite 700 |
| 4 | Newport Beach, CA  92660 |
| | Tel:  (949) 717-3000 |
| 5 | Fax: (949) 717-3100 |
| | sferrell@calljensen.com |
| 6 | shatch@calljensen.com |

Attorneys for Defendants Chevys Restaurant, LLC, Real Mex Restaurants, Inc., dba Chevys Restaurant #2075, aka Chevy Fresh Mex, Edward W. Beck and Rebecca J. Beck, Trustees under the Edward W. Beck and Rebecca J. Beck 1999 Revocable Living Trust Agreement

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No.  2:08-CV-01598-FCD-JFM |
| Plaintiff, | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CHEVYS RESTAURANT, LLC., a Delaware Limited Liability Company, REAL MEX RESTAURANTS, INC., a Delaware corporation, dba CHEVYS RESTAURANT #2075, aka CHEVY FRESH MEX, EDWARD W. BECK and REBECCA J. BECK, Trustees under the Edward W. Beck and Rebecca J. Beck 1999 Revocable Living Trust Agreement dated September 30, 1999, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |
| | Complaint Filed:   July 10, 2008 |
| | Trial Date:              None Set |

- 1 -
ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1  Plaintiff Herbert S. Olson, by and through his counsel, and Defendants Chevys
2  Restaurant, LLC, Real Mex Restaurants, Inc., dba Chevys Restaurant #2075, aka Chevy
3  Fresh Mex, Edward W. Beck and Rebecca J. Beck, Trustees under the Edward W. Beck
4  and Rebecca J. Beck 1999 Revocable Living Trust Agreement, by and through their
5  counsel, (collectively referred to herein as the "Parties"), hereby agree as follows:

6  **WHEREAS**, the Complaint was filed on July 10, 2008;

7  **WHEREAS**, Defendants were served with the Summons and Complaint on July
8  23, 2008;

9  **WHEREAS**, Defendants' response is due on August 12, 2008, the Parties agree
10 that Defendants require an additional seven (7) days to respond to the Complaint.

11 **NOW THEREFORE**, it is hereby stipulated that Defendants shall have until
12 August 19, 2008 to answer, respond or otherwise move this Court regarding the
13 Complaint.

15 **IT IS SO ORDERED.**

17 Dated: August 13, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE