UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HERBERT S. OLSON,

        NO. CIV. S-08-1598 FCD JFM

      Plaintiff,

  v.                ORDER

CHEVY'S RESTAURANT, LLC., a
Delaware Limited Liability
Company, et al.,

      Defendants.
_____/

----oo0oo----

    This matter is before the court on Jason K. Singleton's ("Singleton") motion to withdraw as attorney of record for plaintiff Herbert S. Olson.

    Pursuant to E.D. Local Rule 83-182(b):

> [A]n attorney who has appeared may not withdraw leaving the client <u>in propria persona</u> without leave of Court upon noticed motion and notice to the client and all other parties who have appeared.  The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney of record is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules.

1

Plaintiff's counsel has complied with the requirements of the local rules by noticing the instant motion, providing proof of service of the pending motion by mail to plaintiff, and providing the court with plaintiff's current address.

The Rules of Professional Conduct of the State Bar of California provide in pertinent part:

> A member may not request permission to withdraw in matters pending before a tribunal. . . , unless such request or such withdrawal is because the client . . . renders it unreasonably difficult for the member to carry out the employment effectively.

California Rules of Professional Conduct, Rule 3-700(C)(1)(d). Singleton represents that during the course of the representation, certain disagreements have arisen between counsel and himself. (Decl. of Jason K. Singleton ("Singleton Decl."), filed July 29, 2008, ¶ 2.) These continuing disagreements are such as to no longer allow for the trust and confidence necessary to a satisfactory and productive attorney-client relationship. (Id.) Moreover, counsel represents that there are currently no pressing matters pending in this litigation. (Id.) The docket also reflects that defendants have only recently filed their Answer to the Complaint and that no joint status report or pretrial scheduling order has been filed. As such, there will be minimal, if any, prejudice to plaintiff arising out of his counsel's withdrawal.

Therefore, Singleton's motion to withdraw as attorney of record is GRANTED. Singleton shall comply with the requirements of California Rules of Professional Conduct, Rule 3-700(D). Plaintiff Herbert S. Olson is substituted in propria persona. Pursuant to Local Rule 72-302(c)(21), this case is hereby

2

referred to the assigned Magistrate Judge, John F. Moulds, for case management and recommendation(s) to the District Court Judge.   Parties are to contact Jonathan Anderson at 916-930-4072 with regard to further case management.

IT IS SO ORDERED.

DATED: September 3, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE