IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON,

        Plaintiff,                  No. 2:08-cv-1598 FCD JFM PS

    vs.

CHEVY'S RESTAURANT, LLC, etc., et al.,

        Defendants.           <u>AMENDED ORDER</u>

_____/  (NB: Dates and Times Have Changed)

        A status conference was held in this matter on December 4, 2008, at 11:00 a.m. in courtroom # 8. Plaintiff Herbert S. Olson appeared in propria persona. Scott R. Hatch appeared for defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made on or before December 18, 2008.

        2. Plaintiff shall disclose expert witnesses no later than May 15, 2009.

        3. Defendant shall disclose expert witnesses no later than June 15, 2009.

/////

1

4. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

5. Discovery, including the hearing of discovery motions, shall be completed by October 18, 2009. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

6. Dispositive motions, other than discovery motions, shall be noticed to be heard by January 14, 2010.

7. The pretrial conference is set for April 23, 2010 at 1:30 p.m. before the Honorable Frank C. Damrell, Jr. Pretrial statements shall be filed in accordance with Local Rule 16-281.

8. Trial of this matter is set for June 29, 2010 at 9:00 a.m. before the Honorable Frank C. Damrell, Jr. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: December 4, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; olson.sch

2