Scott J. Ferrell, Bar No. 202091
Scott R. Hatch, Bar No. 241563
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
shatch@calljensen.com

Attorneys for Defendants Chevys Restaurant, LLC,
Real Mex Restaurants, Inc., dba Chevys Restaurant #2075,
aka Chevy Fresh Mex, Edward W. Beck and Rebecca J. Beck,
Trustees under the Edward W. Beck and Rebecca J. Beck 1999
Revocable Living Trust Agreement

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHEVYS RESTAURANT, LLC., a Delaware Limited Liability Company, REAL MEX RESTAURANTS, INC., a Delaware corporation, dba CHEVYS RESTAURANT #2075, aka CHEVY FRESH MEX, EDWARD W. BECK and REBECCA J. BECK, Trustees under the Edward W. Beck and Rebecca J. Beck 1999 Revocable Living Trust Agreement dated September 30, 1999, and DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | Case No.  2:08-CV-01598-FCD-JFM<br><br>**ORDER FOR DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: July 10, 2008<br>Trial Date:      None Set |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff Herbert S. Olson's ("Plaintiff") claims against Defendants Chevys Restaurant, LLC., Real Mex Restaurants, Inc., dba Chevys Restaurant #2075, aka Chevy Fresh Mex, Edward W. Beck and Rebecca J. Beck, Trustees under the Edward W. Beck and Rebecca J. Beck 1999 Revocable Living Trust Agreement dated September 30, 1999 (collectively, "Defendants") be dismissed with prejudice, and with each party bearing its own costs and fees. Thus, this action is dismissed.

Dated: December 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE